**Steven A. Kraemer,** OSB No. 882476
E-mail: skraemer@cisoregon.org
**Richard P. Freud**, OSB No. 131494
E-mail: rfreud@cisoregon.org
**KRAEMER & LEWIS**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503)763-3875
Facsimile: (503) 763-3901

<u>Of Attorneys for Defendant City of Turner</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**LARISSA WHITE**, an individual,

    Plaintiff,

  v.

**CITY OF TURNER POLICE CHIEF DON TAYLOR**; by and through **CITY OF TURNER POLICE DEPARTMENT**, a political subdivision of **TURNER, OREGON**,

    Defendants.

No. 6:18-cv-00550-JR

**STIPULATED PROTECTIVE ORDER**

    The parties have requested the production of documents and/or information that each party considers to be or to contain confidential information under applicable law, and that are subject to protection under Federal Rule of Civil Procedure 26(c) and *Foltz v. State Farm Mut. Ins. Co.*, 331 F.3d 1122 (9th Cir. 2003). The categories of information that are considered confidential information are set forth with more particularity in Paragraph 1 below.

    The parties agree that good cause exists to protect the confidential nature of the information contained in documents, interrogatory responses or deposition testimony, such that

Page 1 - **STIPULATED PROTECTIVE ORDER**

**KRAEMER & LEWIS**
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

the entry of this Stipulated Protective Order is warranted to protect against disclosure of such documents and information.

IT IS HEREBY STIPULATED AND AGREED by and between the respective parties hereto through their counsel of record as follows:

1. The parties may produce for discovery and inspection documents in response to discovery requests which the parties, in good faith, maintain are confidential and exempt from public disclosure under state and/or federal law.

2. Such documents referenced in paragraph 1 above, and the information contained therein, (hereinafter "**CONFIDENTIAL DOCUMENTS**"), will be produced and maintained throughout the pendency of this litigation pursuant to the conditions set forth in paragraphs 3 through 20, below.

3. Use of any information and **CONFIDENTIAL DOCUMENTS**, including all information derived therefrom, shall be restricted solely to the following persons, who agree to be bound by the terms of this Protective Order, unless additional persons are stipulated by counselor authorized by the Court:

   a. The directors, officers and employees of a party to the extent deemed necessary by the attorneys of such party for the prosecution or defense of this litigation.

   b. Counsel of record for any party to the above-captioned litigation, including all attorneys, paralegal assistants, administrative assistants and other employees of their law firms.

   c. Independent consultants or expert witnesses (including partners, associates and employees of the firm which employs such consultant or expert) retained by a party or its attorneys for purposes of this litigation, provided that such individual executes a form of Undertaking attached to this Protective Order as Exhibit 1.

   d. The Court and its personnel, including, but not limited to, stenographic reporters regularly employed by the Court and stenographic reporters not regularly employed by

KRAEMER & LEWIS
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

the Court who are engaged by the Court or the parties during the litigation of this action.

    e.    The authors and original recipients of the documents.

    f.    Any court reporter or videographer reporting a deposition.

    g.    Employees of copy services, microfilming or database services, trial support firms and/or translators who are engaged by the parties during the litigation of this action.

    4.    All **CONFIDENTIAL DOCUMENTS** shall be used only and solely in connection with this litigation and the preparation and trial of this case or any related appellate proceeding and not for other purposes, including any other litigation.

    5.    All **CONFIDENTIAL DOCUMENTS** will be produced and reproduced only in a form prominently and indelibly stamped **"CONFIDENTIAL"** and **"SUBJECT TO PROTECTIVE ORDER"**. Any CDs, DVDs, video or audio tapes will be produced with an orange highlighted label.

    6.    No electronic copy of any **CONFIDENTIAL DOCUMENTS** shall be kept on a drive or other medium that is accessible to any person not otherwise entitled to view them under the terms of this Order, and that is not automatically or manually backed up to another electronic data storage medium to which the attorney responsible for security of the **CONFIDENTIAL DOCUMENTS** does not have the right to delete and erase files.

    7.    Any person, other than attorneys for the parties and their support staff, to whom any **CONFIDENTIAL DOCUMENTS** are disclosed shall first be advised by counsel making the disclosure that, pursuant to this Protective Order, such person may not divulge any such documents or information to any other person, and that such documents and information shall be used only for the purpose of litigating this action. Further, counsel making the disclosure shall require such person to read and sign a copy of this Protective Order, acknowledging their understanding of it and agreement to abide by it.

/ / /

KRAEMER & LEWIS
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

8. Upon the request of the producing party or third party, within thirty (30) days after the entry of a final judgment no longer subject to appeal on the merits of this case, or the execution of any agreement between the parties to resolve amicably and settle this case, the part(ies) and any person authorized by this Protective Order to receive confidential information shall return to the producing party or third party, or destroy, all information and documents subject to this Protective Order and any copies thereof. Returned material shall be delivered in sealed envelopes marked "Confidential" to respective counsel. If the receiving party destroys the confidential information, it must provide a sworn affidavit stating that all confidential information has been destroyed. Counsel for the parties may retain confidential information that is necessary to maintain a complete litigation file but will be subject to the terms of this Protective Order for the entire period that counsel retains the information.

9. Each party reserves the right to dispute the confidential status claimed by any other party or subpoenaed party in accordance with this Protective Order. The parties shall first try to resolve any such dispute on an informal basis before presenting the dispute to the Court.

10. If any party believes that any information or documents have been inappropriately designated by another party as "Confidential" that party shall, in writing, inform counsel for the party or the witness claiming the protected status. If the parties and/or the witness are unable to resolve the matter informally, then the party objecting to the claim to protected status may then file an appropriate motion before the Court. In the event of such dispute, the designating party seeking to preserve the confidentiality of any such document must make the showing required by Federal Rule of Civil Procedure 26(c) and *Foltz v. State Farm Mut. Ins. Co.*, 331 F.3d 1122 (9th Cir. 2003), in order to maintain the secrecy of such document. The designating party must further assess whether redaction is a viable alternative to complete nondisclosure. A party who disagrees with another's "Confidential" designation must nevertheless abide by that designation until the matter is resolved by agreement of the parties or by order of the Court.

/ / /

KRAEMER & LEWIS
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

11. If any party believes that any information or documents have been inappropriately designated as "Confidential" by a third party subpoenaed by one of the parties, then that party shall, in writing, so inform counsel for the third party claiming the protected status. If the party and third party are unable to resolve the matter informally, then the third party claiming the protected status must then fie an appropriate motion before the Court within ten (10) days. In the event of such dispute, the designating third party seeking to preserve the confidentiality of any such document must make the showing required by Federal Rule of Civil Procedure 26(c) and *Foltz v. State Farm Mut. Ins. Co.*, 331 F.3d 1122 (9th Cir. 2003), in order to maintain the secrecy of such document. The designating third party must further assess whether redaction is a viable alternative to complete nondisclosure. A party who disagrees with a third party's "Confidential" designation must nevertheless abide by that designation until the matter is resolved by agreement of the parties or by order of the Court.

12. In the event any **CONFIDENTIAL DOCUMENTS** are included with, or the contents thereof are in any way disclosed in, any pleading, motion, or other paper filed herein, such documents or information shall be filed under seal and kept under seal by the Clerk until further order of the Court.

13. To the extent attorneys ask questions in any deposition which relate to **CONFIDENTIAL DOCUMENTS**, all such portions of those depositions shall be available only to those entitled to review the documents pursuant to this Protective Order and shall be subject to all of the conditions of this Protective Order.

14. The production of **CONFIDENTIAL DOCUMENTS** shall not constitute a waiver of any privilege or other claim or right of withholding or confidentiality which the parties may have.

15. Plaintiff will lodge no objection to any request by defendants to the Court that any portion of the materials that are offered or admitted as an exhibit, which contain any **CONFIDENTIAL DOCUMENTS**, be sealed by the Court at the conclusion of this litigation.

**KRAEMER & LEWIS**
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

Correspondingly, defendants will lodge no objection to any request by plaintiff to the Court that any portion of the materials that are offered or admitted as an exhibit, which contain any **CONFIDENTIAL DOCUMENTS**, be sealed by the Court at the conclusion of this litigation.

16. All defendants reserve the right to withhold or redact from documents otherwise subject to this Order personal information concerning individual defendants and their families otherwise privileged or beyond the scope of discovery. Personal information includes, but is not limited to, individually identifiable health information, home addresses, personal phone numbers, personal e-mail addresses, Social Security numbers, motor vehicle operator's licenses, health insurance information, personal financial information, and information concerning religious affiliation.

17. Nothing in this Order is intended to limit or expand the permissible scope of discovery under Fed. R. Civ. P. 26(b), or to waive any objection thereunder.

18. Nothing in this Order shall require production of or constitute a waiver or restriction of any otherwise applicable communication privilege (such as attorney-client, spousal, physician-patient, etc.).

19. Nothing in this Order shall constitute an abrogation, waiver or restriction of the attorney work-production doctrine.

20. This Protective Order shall remain in effect until agreed otherwise by written stipulation signed by all counsel for all parties hereto and filed herein, or until modified or terminated by further order of this Court upon good cause being shown. The parties' stipulation hereto is without prejudice to the right of any party: (a) to apply to the Court for a further Protective Order relating to any confidential matter in this litigation; (b) to apply to the Court for an Order removing the confidential designation from any document or thing so designated pursuant to the parties' stipulation; and (c) to apply to the Court for an Order Compelling Production of documents or modification of this Order.

/ / /

KRAEMER & LEWIS
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

IT IS SO STIPULATED this 5 day of March, 2019.

THENELL LAW GROUP, P.C.

_Emerson Lenon OSB 123728 for:_
Daniel E. Thenell, OSB No. 971655
dan@thenelllawgroup.com   3/5/19
Of Attorneys for Plaintiff

KRAEMER & LEWIS

Steven A. Kraemer, OSB No. 882476
skraemer@cisoregon.org
Richard P. Freud, OSB No. 131494
rfreud@cisoregon.org
Of Attorneys for Defendant City of Turner

HELTZEL WILLIAMS, PC

Andrew D. Campbell, OSB No. 022647
Andrew@heltzel.com
Of Attorneys for Defendant Don Taylor

THIS PROTECTIVE ORDER IS APPROVED this _____ day of _____, 2019.

_____
Honorable Jolie A. Russo
United States Magistrate Judge

KRAEMER & LEWIS
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

# EXHIBIT 1

## AGREEMENT OF EXPERT, CONSULTANT OR DESIGNATED REPRESENTATIVE TO BE BOUND BY PROTECTIVE ORDER

  The undersigned, _____ (print or type name), an expert, consultant or designated representative of _____ (print or type name of party or law firm), in connection with *Larissa White v. City of Turner Police Chief Don Taylor, et al.*, U.S. District Court (Oregon) No. 6:18-cv-00550-JR, acknowledges that he or she has received and read a copy of the Protective Order entered in this action, which is attached hereto, and agrees to be bound by all of the provisions thereof.

  Signature: _____

  Date: _____

Page 8 - **STIPULATED PROTECTIVE ORDER**

**KRAEMER & LEWIS**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (503) 763-3875**
**Facsimile: (503) 763-3901**