U.S. Dist. Court of Oregon Case No. 6:18-cv-00550
Declaration of Counsel for Movant In Support fo Motion to Quash

Page 1 of 2

**Joseph Miller - Re: US Dist. Court Case 6:18-cv-00550 White v City of Turner- Deposition Subpoenas for Myers & Clausen (LR 7.1 Conferral)**

**From:** Dan Thenell <dan@thenelllawgroup.com>
**To:** Joseph Miller <JCMiller@co.marion.or.us>
**Date:** 3/22/2019 5:08 PM
**Subject:** Re: US Dist. Court Case 6:18-cv-00550 White v City of Turner- Deposition Subpoenas for Myers & Clausen (LR 7.1 Conferral)

If you don't provide a date I will notice them when the attorneys in this case are available. Based on the testimony of LT Hunter they clearly have potentially discoverable information.

I will be seeking sanctions against Marion County every time it files a frivolous objection to discovery going forward in this case.

**Daniel E. Thenell**
**Partner**
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
O: (503) 372-6450
F: (503) 372-6496
dan@thenelllawgroup.com
www.thenelllawgroup.com

This email message may contain privileged and/or confidential information intended for the use of the person to whom it is addressed. If the readerof this message is not the intended recipient, or the employee, or agent responsible to deliver it to the intended recipient, you are hereby notifiedthat any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, pleasenotify us immediately at 503-372-6450, and delete the original message. Destroy or return any original copies to Thenell Law Group, PC, 12909 SW 68th Parkway, Suite 320, Portland, OR 97223.

On Mar 22, 2019, at 4:55 PM, Joseph Miller <JCMiller@co.marion.or.us> wrote:

> Mr. Thenell,
>
> I have received your Deposition Subpoenas for the following Marion County Sheriff's Office personnel: Sheriff Jason Myers and Undersheriff Troy Clausen. Marion County objects to these subpoenas on the following grounds:
>
> - Relevance under FRCP 26(b)(1), as:
>   - Marion County is not a party to this matter; and
>   - The fact witness who made the investigative findings in the Professional Standards Investigation regarding Deputy Chris White has already been deposed,
> - No identified subject matter as the basis for deposition(s) is identified in the subpoena; and

U.S. Dist. Court of Oregon Case No. 6:18-cv-00550
Declaration of Counsel for Movant In Support fo Motion to Quash

Page 2 of 2

- Lack of conferral on subject matter regarding the deposition as your office currently has other pending legal matters involving these MCSO personnel.

Today, we just agreed to search terms for retrieving emails in the Subpoena *Duces Tecum* issued to the Marion County Sheriff's Office Custodian of Records. At this point in discovery in this matter, I do not think it is appropriate to schedule depositions of individual MCSO personnel until responsive documents to the Subpoena *Duces Tecum* have been provided. Marion County and the Marion County Sheriff's Office are not parties to this matter and these continued discovery requests, in such a piecemeal fashion, are unduly burdensome to my clients as a non-party to this matter. Please withdraw your Deposition Subpoenas or I will be forced to file new Motions to Quash.

Very Respectfully,

Joe Miller
Assistant Legal Counsel
Marion County Counsel
555 Court St. NE Ste 5242
Salem, OR 97301
T: (503)588-5220
F: (503)373-4367

* * * CONFIDENTIALITY NOTICE * * *

This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

******************
This message has been scanned for virus content by Symantec Anti-Virus, and is believed to be clean.
Viruses are often contained in attachments - Email with specific attachment types are automatically deleted.
If you need to receive one of these attachments contact Marion County IT for assistance.
******************