ELLEN F. ROSENBLUM
Attorney General

FREDERICK M. BOSS
Deputy Attorney General

## DEPARTMENT OF JUSTICE
TRIAL DIVISION

July 11, 2019

Magistrate Judge Mustafa T. Kasubhai
United States District Court
405 E Eighth Avenue
Eugene, OR 97401

  Re: *Larissa White v. Don Taylor and City of Turner Police Department*
    United States District Court, Case No. 6:18-CV-00550-MK

Dear Magistrate Kasubhai:

  Regarding the noticed deposition of former District Attorney Walt Beglau and pending Motion to Quash, this matter has been resolved, the deposition notice withdrawn and the deposition will not be rescheduled. For these reasons, the Motion to Quash is moot and we withdraw it from the court's consideration.

        Sincerely,

        *s/ Heather J. Van Meter*

        Heather J. Van Meter
        Senior Assistant Attorney General

9725488-v1/HJV/lnt