HONORABLE MUSTAFA T. KASUBHAI

Daniel E. Thenell, OSB# 971655
Email: dan@thenelllawgroup.com
Emerson Lenon, OSB No. 123728
Email: emerson@thenelllawgroup.com
12909 SW 68th Pkwy, Suite 290
Portland, OR 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496
    *Of Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| LARISSA WHITE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF TURNER POLICE CHIEF DON TAYLOR; by and through the CITY OF TURNER POLICE DEPARTMENT, a political subdivision of TURNER, OREGON<br><br>    Defendants. | Case No. 6:18-cv-00550-MK<br><br>**DECLARATION OF EMERSON LENON IN SUPPORT OF PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

I, Emerson Lenon, hereby declare as follows:

1.    I am an attorney at Thenell Law Group, P.C., the attorneys of record for Plaintiff, Larissa White. I make this declaration in support of Plaintiff's Unopposed Motion to Extend its Deadline to File a Response to Defendants'

DECLARATION OF EMERSON LENON IN SUPPORT OF PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT - Page 1 (Case No. 6:18-cv-00550-MK)    2017-111

THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
Telephone (503) 372-6450
Facsimile (503) 372-6496

Motions for Summary Judgment. I am competent to testify to the matters states herein and have personal knowledge of the facts set forth below.

2. I conferred by email with counsel for both Defendants and both have waived any objection to the request for an extension.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 9th day of January 2020

THENELL LAW GROUP, P.C.

By: */s/ Emerson Lenon*
Daniel E. Thenell, OSB# 971655
Email: dan@thenelllawgroup.com
Emerson Lenon, OSB No. 123728
Email: emerson@thenelllawgroup.com
12909 SW 68th Pkwy, Suite 290
Portland, OR 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496
*Of Attorneys for Plaintiff*

DECLARATION OF EMERSON LENON IN SUPPORT OF PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT - Page 2 (Case No. 6:18-cv-00550-MK)    2017-111

THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
Telephone (503) 372-6450
Facsimile (503) 372-6496