IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LARISSA. WHITE,

        Plaintiff,

        v.

CITY OF TURNER POLICE CHIEF
DON TAYLOR; by and through the
CITY OF TURNER POLICE
DEPARTMENT, a political subdivision
of TURNER, OREGON

        Defendants.

Case No. 6:18-cv-00550-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 11), and the matter is now before this Court on both Plaintiff's objections and Defendants' objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 101) is adopted in full. As discussed in Judge Kasubhai's report, Defendant's motion for summary judgment is GRANTED in part and DENIED in part. ECF No.'s 77 & 79. The City's motion is GRANTED as

1 –ORDER

to Plaintiff's *Monell* claim and DENIED in all other respects. ECF No. 77. Defendant Don Taylor's motion is DENIED. ECF No. 79.

IT IS SO ORDERED.

DATED this 22nd day of September, 2020.

                                                                     _s/Michael J. McShane_____
                                                                           Michael McShane
                                                                   United States District Judge

2 –ORDER